## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**       )<br>                                                             )<br>                            **Petitioner,**    )<br>                                                             )<br>**v.**                                                    )<br>                                                             )<br>**JOHN WAY, As Vice-President of**  )<br>**First National Bank,**                      )<br>                                                             )<br>                            **Respondent.**  ) | 4:05CV3319<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the government's notice of Plaintiff's Satisfaction of Summons (Filing No. 9), which states: 1) information has been provided to the Internal Revenue Service by John Way; and 2) the information provided by Way satisfies the summons that gave rise to this action. Based on these representations, the Court finds that the case should be dismissed. Accordingly,

**IT IS ORDERED:**

1. The Petition to Enforce Internal Revenue Service Summons (Filing No. 1) is hereby dismissed with prejudice, each party to pay its own costs and attorney's fee.

2. The Clerk of the Court is directed to terminate the case for statistical purposes, each party to pay its own costs and attorney fees.

DATED this 28th day of March, 2006.

                                                BY THE COURT:

                                                s/Thomas D. Thalken
                                               United States Magistrate Judge